J. G. MONTGOMERY AND WIFE v. WILLIAM J. JONES.

The judgment in this case is affirmed on the principles in the Opinion in the case of Culton v. Montgomery and wife.  (*Supra.*)

Appeal from Colorado. Tried below before the Hon. James H. Bell.

The pleadings in this case were similar to those in the case of same appellants against Calton, *supra* 736. The petition was filed March 18th, 1856. The claim had been authenticated, allowed and approved on the 12th of April, 1853. Instead of evidence to disprove the claim, it was proved, as to the only item attacked in evidence, an item of $300, charged

for professional services of Jones and Rivers in a particular suit against Terrill as executor, that it was a moderate compensation for the services of said Jones & Rivers in said suit, although by failure of Jones & Rivers to be present at an intermediate Term of Court, it became necessary to employ other counsel ; but that Rivers was present at the final trial, and did efficient service ; a claim of $8000 being reduced to $3000.

*G. W. Smith*, for appellants.

*Quinan*, for appellee.

HEMPHILL, CH. J.  The judgment in this case is affirmed, on the principles in the Opinion in the case of Montgomery and Wife v. Culton, No. 759.

The claim was not falsified by evidence on behalf of the defendants.  The item about which any proof was offered was sustained by the evidence.

Judgment affirmed.